IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **NATHANIEL ARTHUR DOSS, #1106809** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:07cv53** |
| **JEFFREY CALFEE, ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Nathaniel Arthur Doss, an inmate previously confined at the Telford Unit, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendants' motion for summary judgment (docket entry #23) is **GRANTED** and the complaint is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

**SIGNED this 9th day of January, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE